

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00307-CV

**AUTOZONE, INC.** and Autozoners, L.L.C.,
Appellants

v.

Mario **FLORES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-6
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

All costs are ORDERED assessed against the party who incurred them.

SIGNED September 9, 2015.

_____
Luz Elena D. Chapa, Justice